**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, *et al.*,<br><br>Defendants,<br><br>and<br><br>STATE OF ALASKA, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:20-cv-00206-SLG |
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, *et al.*,<br><br>Defendants,<br><br>and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:26-cv-00078-SLG |

| | |
|---|---|
| GRANDMOTHERS GROWING GOODNESS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, *et al.*,<br><br>Defendants,<br><br>and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:26-cv-00097-SLG |

**ORDER SCHEDULING ORAL ARGUMENT**

Before the Court at Docket 196 and Docket 197 in Case No. 3:20-cv-00206-SLG, Docket 59 in Case No. 3:26-cv-00078-SLG, and Docket 107 in Case No. 3:26-cv-00097-SLG are Motions for Oral Argument on the Motions for Summary Judgment. Upon due consideration, the motions are GRANTED. Oral argument is scheduled for **October 5, 2026, at 3:00 p.m.** in Anchorage Courtroom 2. Up to 40 minutes total is allotted to all parties aligned as Plaintiffs, to be divided by agreement among Plaintiffs. Plaintiffs may reserve time for rebuttal from those 40 minutes as they choose. Up to 40 minutes is allotted to Defendants and Intervenor-Defendants, to be divided by agreement among Defendants and Intervenor-Defendants.

IT IS SO ORDERED this 11th day of August 2026, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE